**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JOHN MOSES,

             Plaintiff,

             v.

HOME DEPOT INC., et al.,

             Defendants.

Civil Action No. 16-2400 (MAS) (DEA)

**ORDER**

This matter comes before the Court on Defendant Home Depot U.S.A., Inc.'s ("Home Depot" or "Defendant") Motion to Dismiss *pro se* Plaintiff John Moses's ("Plaintiff") Second Amended Complaint. (ECF No. 52.) Plaintiff filed opposition (ECF No. 54), and Defendant replied (ECF No. 57). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

IT IS on this 28th day of March 2018, **ORDERED** that:

1.    Home Depot's Motion to Dismiss (ECF No. 52) is GRANTED.

2.    Counts One, Two, and Three are dismissed against all Defendants with prejudice.

3.    Counts Four and Five are dismissed without prejudice.[1]

 

/s/ Michael A. Shipp

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court has declined to assert supplemental jurisdiction over Plaintiff's state law claims. This does not preclude Plaintiff from filing his state law claims in state court. If Plaintiff elects to file his state law claims in a state court, he must adhere to the state court's filing deadlines.